# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stong, Elizabeth S. | U.S. Bankruptcy Court, EDNY | 5/15/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial   ✔ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court - EDNY
271-C Cadman Plaza East
Brooklyn, NY 11201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Chair, Council on the Profession | NY City Bar Association |
| 2. | Board Member | ABA Center for Innovation |
| 3. | Council Member, Membership Committee Member | American Law Institute |
| 4. | Co-Chair, Pro Bono Committee | ABA Business Law Section |
| 5. | Senior Advisory Board Member | Harvard Law School Association |
| 6. | Board Member | New York Law Instituute |
| 7. | Executive Committee Member, Delegate to ABA House of Delegates | ABA Judicial Division National Conference of Federal Trial Judges |
| 8. | Board Member | Practising Law Institute |
| 9. | Board Member | P.R.I.M.E. Finance |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stong, Elizabeth S.** | 5/15/2020 |

3.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Brooklyn Law School - teaching | $10,000.00 |
| 2. 2019 | Fordham Law School - teaching | $800.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Federal Reserve Bank of New York retirement benefit (▮▮▮▮) |
| 2. 2019 | HSBC Technology and Services Inc. (salary) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | January 17-19, 2019 | Amelia Island, FL | ABA Business Law Section meeting | transportation, meals, lodging |
| 2. | PRIME Finance | February 1-6, 2019 | The Hague, Netherlands | PRIME Finance conference | transportation, meals, lodging |
| 3. | American Bar Association | January 24-28, 2019 | Las Vegas, NV | ABA Midyear meeting | transportation, meals, lodging |
| 4. | Legal Services Corporation | March 14-15, 2019 | Miami, FL | LSC Disaster Recovery Task Force field hearing | transportation, meals, lodging |
| 5. | American Bar Association | March 26-30, 2019 | Vancouver, BC Canada | ABA Business Law Section meeting | transportation, meals, lodging |

| 6. | PRIME Finance | March 30-April 6, 2019 | Singapore, Singapore | INSOL conference | transportation, meals, lodging |
|---|---|---|---|---|---|
| 7. | China University of Political Science and Law | April 27-May 1, 2019 | Beijing, China | Bankruptcy colloquium and workshop | transportation, meals lodging |
| 8. | American Bar Association Rule of Law Initiative | April 27-May 1, 2019 | Manama, Bahrain | judicial technical assistance | transportation, meals, lodging |
| 9. | American Bar Association | May 1-4, 2019 | The Hague, Netherlands | World Justice Forum meeting | transportation, meals |
| 10. | American Law Institute | May 19-22, 2019 | Washington, DC | ALI Annual meeting | transportation, meals, lodging |
| 11. | American Bar Association Rule of Law Initiative | May 26-June 3, 2019 | Astana, Kazakhstan | judicial technical assistance | transportation, meals, lodging |
| 12. | International Insolvency Institute | June 14-June 19, 2019 | Barcelona, Spain | III Annual conference | transportation, meals, lodging |
| 13. | American Bankruptcy Institute | July 11-13, 2019 | Newport, RI | ABI Northeast conference | transportation, meals, lodging |
| 14. | American Bar Association | August 7-13, 2019 | San Francisco, CA | ABA Annual meeting | transportation, meals, lodging |
| 15. | American Bankruptcy Institute | September 9-11, 2019 | Washington, DC | ABI video program | transportation, meals, lodging |
| 16. | American Bar Association | September 11-14, 2019 | Washington, DC | ABA Business Law Section Annual meeting | transportation, meals, lodging |
| 17. | Connecticut Bar Association | October 2-3, 2019 | Middletown, CT | Connecticut State Bar Bankruptcy Committee meeting | transportation, meals, lodging |
| 18. | American Bar Association | October 29-30, 2019 | Chicago, IL | ABA Center for Innovation business meeting | transportation, meals, lodging |
| 19. | American Bar Association and National Conference of Bankruptcy Judges | October 29-30, 2019 | Washington, DC | ABA and NCBJ conference | transportation, meals, lodging |
| 20. | INSOL | November 18-23, 2019 | Swakopmund, Namibia | INSOL Africa Round Table | meals, lodging |
| 21. | Turnaround Managemenet Association - Brazil | November 24-27, 2019 | Sao Paulo, Brazil | TMA Brazil Annual conference | transportation, meals, lodging |
| 22. | American Bankruptcy Institute | December 5-7, 2019 | Rancho Palos Verdes, CA | ABI Winter Leadership Conference | transportation, meals, lodging |
| 23. | George Mason University | December 7-15, 2019 | Honolulu, HI | Law and Economics seminar | transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 5/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stong, Elizabeth S.** | 5/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. JP Morgan accounts | A | Interest | O | T | | | | | |
| 2. Citibank accounts | D | Interest | O | T | | | | | |
| 3. HSBC accounts | B | Interest | N | T | | | | | |
| 4. Teachers Credit Union accounts | A | Interest | K | T | | | | | |
| 5. Fidelity Tax Free NY Insured Bond Fund | D | Dividend | N | T | | | | | |
| 6. AT&T Corp. common stock | B | Dividend | K | T | | | | | |
| 7. ExxonMobil Corp. common stock | B | Dividend | L | T | | | | | |
| 8. Comcast Corp. common stock | A | Dividend | J | T | | | | | |
| 9. US Treas Bills 01/10/19 | A | Interest | | | Redeemed | 01/10/19 | M | | |
| 10. US Treas Bills 02/28/19 | A | Interest | | | Redeemed | 02/28/19 | M | | |
| 11. US Treas Bills 03/12/19 | A | Interest | | | Buy | 01/14/19 | M | | |
| 12. US Treas Bills 03/12/19 | A | Interest | | | Redeemed | 03/12/19 | M | | |
| 13. US Treas Bills 05/30/19 | A | Interest | | | Buy | 02/28/19 | M | | |
| 14. US Treas Bills 05/30/19 | A | Interest | | | Redeemed | 05/30/19 | M | | |
| 15. US Treas Bills 05/07/19 | A | Interest | | | Buy | 03/11/19 | M | | |
| 16. US Treas Bills 05/07/19 | A | Interest | | | Redeemed | 05/07/19 | M | | |
| 17. US Treas Bills 04/04/19 | A | Interest | | | Buy | 01/02/19 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stong, Elizabeth S.** | 5/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. US Treas Bills 04/04/19 | A | Interest | | | Redeemed | 04/04/19 | M | | |
| 19. US Treas Bills 04/30/19 | A | Interest | | | Buy | 04/03/19 | M | | |
| 20. US Treas Bills 04/30/19 | A | Interest | | | Redeemed | 04/30/19 | M | | |
| 21. US Treas Bills 06/04/19 | A | Interest | | | Buy | 04/30/19 | M | | |
| 22. US Treas Bills 06/04/19 | A | Interest | | | Redeemed | 06/04/19 | M | | |
| 23. US Treas Bills 06/25/19 | A | Interest | | | Buy | 04/30/19 | M | | |
| 24. US Treas Bills 06/25/19 | A | Interest | | | Redeemed | 06/25/19 | M | | |
| 25. US Treas Bills 07/02/19 | A | Interest | | | Buy | 06/13/19 | M | | |
| 26. US Treas Bills 07/02/19 | A | Interest | | | Redeemed | 07/02/19 | M | | |
| 27. US Treas Bills 07/09/19 | A | Interest | | | Buy | 06/13/19 | M | | |
| 28. US Treas Bills 07/09/19 | A | Interest | | | Redeemed | 07/09/19 | M | | |
| 29. US Treas Bills 07/30/19 | A | Interest | | | Buy | 07/01/19 | M | | |
| 30. US Treas Bills 07/30/19 | A | Interest | | | Redeemed | 07/30/19 | M | | |
| 31. US Treas Bills 08/27/19 | A | Interest | | | Buy | 07/01/19 | M | | |
| 32. US Treas Bills 08/27/19 | A | Interest | | | Redeemed | 08/27/19 | M | | |
| 33. US Treas Bills 10/03/19 | A | Interest | | | Buy | 07/08/19 | M | | |
| 34. US Treas Bills 10/03/19 | A | Interest | | | Redeemed | 10/03/19 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stong, Elizabeth S.** | 5/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | US Treas Bills 11/07/19 | A | Interest | | | Buy | 07/29/19 | M | | |
| 36. | US Treas Bills 11/07/19 | A | Interest | | | Redeemed | 11/07/19 | M | | |
| 37. | US Treas Bills 11/21/19 | A | Interest | | | Buy | 08/26/19 | M | | |
| 38. | US Treas Bills 11/21/19 | A | Interest | | | Redeemed | 11/21/19 | M | | |
| 39. | US Treas Bills 12/24/19 | A | Interest | | | Buy | 11/27/19 | M | | |
| 40. | US Treas Bills 12/24/19 | A | Interest | | | Redeemed | 12/24/19 | M | | |
| 41. | US Treas Bills 01/21/20 | A | Interest | M | T | Buy | 11/27/19 | M | | |
| 42. | US Treas Bills 02/27/20 | A | Interest | M | T | Buy | 11/27/19 | M | | |
| 43. | US Treas Bills 03/19/20 | A | Interest | M | T | Buy | 12/24/19 | M | | |
| 44. | Orange City NY Pub Impt Bds | A | Interest | K | T | | | | | |
| 45. | Metropolitan Transn Auth NY | B | Interest | K | T | | | | | |
| 46. | New York NY City Transitional Fin Auth | E | Interest | | | Redeemed | 11/01/19 | K | | |
| 47. | New York NY Ser 1 Subser 1-1 | B | Interest | K | T | | | | | |
| 48. | New York St Hsg Fin Agy Rev Issues | A | Interest | K | T | | | | | |
| 49. | Yonkers NY Rfdg-Sch-Ser B | A | Interest | K | T | | | | | |
| 50. | Somers NY Cent Sch Dist | A | Interest | K | T | | | | | |
| 51. | New York St Dorm Auth Pers Inc Tax Ser D | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 5/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Port Auth NY & NJ Cons Bonds | A | Interest | K | T | | | | | |
| 53. Oneida NY Pub Impt | A | Interest | K | T | | | | | |
| 54. East Hampton TWN NY RFDG | A | Interest | K | T | | | | | |
| 55. Western Asset InstI Liquid Res | A | Dividend | K | T | | | | | |
| 56. WF&G DC Plan-Legal Serv Pers-Scudder Stable Value Fund | C | Dividend | N | T | | | | | |
| 57. WF&G 401K Plan-Scudder Stable Value Fund | C | Dividend | N | T | | | | | |
| 58. Farm Property, Lawrence County, Pennsylvania | B | Rent | M | W | | | | | |
| 59. Rental Property, Kings County, New York | E | Rent | N | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 5/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 5/15/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Elizabeth S. Stong

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544